# ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. - Atlanta

NOV 9 2016

James N. Hatten, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KELVIN LYLES | Criminal Information<br><br>No. 1:16-CR-390 |

THE UNITED STATES ATTORNEY CHARGES THAT:

**Wire Fraud**
**(18 U.S.C. § 1343)**

1. Beginning at least as early as in or about January 2013 and continuing until at least in or about December 2015, in the Northern District of Georgia and elsewhere, the defendant, KELVIN LYLES, aided and abetted by others known and unknown to the United States of America, devised and intended to devise a scheme and artifice to defraud and for the purpose of obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, as well as by omissions of material fact, knowing and having reason to know that the pretenses, representations, promises, and omissions were and would be material, and caused wire communications to be transmitted in interstate commerce in furtherance of the scheme.

## Background

2. PayPal.com offers a digital payment platform that permits users to transact payments on the internet, in stores, and on mobile devices. A business may open a PayPal.com account to process debit and credit card transactions.

3. Square, Inc. is a merchant services aggregator and mobile payment company. A business may open a Square account to process debit and credit card transactions.

4. Capital One Financial Corporation ("Capital One") is a bank holding company specializing in credit cards, home loans, auto loans, banking and savings products. Individuals seeking credit cards from Capital One may apply for credit cards by telephone, internet, fax, and mail. Capital One maintains computer servers in Virginia.

5. Discover Financial Services ("Discover") is a bank holding company specializing in credit cards, home equity loans, student loans, personal loans, banking and savings products. Individuals seeking credit cards from Discover may apply for credit cards by telephone, internet, fax, and mail. Discover maintains computer servers in Ohio and Illinois.

## The Scheme and Artifice to Defraud

6. On or about August 10, 2013, KELVIN LYLES opened and caused to be opened a PayPal.com business account in the name of "Horizon."

7. Through a means unknown, KELVIN LYLES acquired and caused to be acquired false, fraudulent, and stolen Social Security Numbers ("SSNs").

8. KELVIN LYLES used and caused to be used the false, fraudulent, and stolen SSNs in applications for Capital One and Discover credit cards.

9. KELVIN LYLES also used and caused to be used false and fraudulent names in the Capital One and Discover credit card applications.

10. For Capital One and Discover credit card applications that resulted in issuances of credit cards, KELVIN LYLES executed and caused to be executed financial transactions using the fraudulently obtained Capital One and Discover credit cards, charging and causing to be charged the credit cards using PayPal.com accounts, including the Horizon account, and Square accounts.

11. KELVIN LYLES also executed and caused to be executed cash advance transactions using the fraudulently obtained Capital One and Discover credit cards.

12. On or about November 12, 2014, in the Northern District of Georgia, the defendant, KELVIN LYLES, aided and abetted by individuals known and unknown to the United States of America, for the purpose of executing and attempting to execute the scheme and artifice described above in Paragraphs 2 through 11, such scheme and artifice having been devised and intended to be devised to defraud, and for the purpose of obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, as well as by omissions of material fact, knowing and having reason to

know that the pretenses, representations, promises, and omissions were and would be material, caused the following wire communication to be transmitted in interstate commerce: a $300 cash advance transaction, using a Capital One credit card with an account number ending in 2811 held in the name of C.L., at PNC Bank located at 4650 Jonesboro Road, Union City, GA.

All in violation of Title 18, United States Code, Sections 1343 and 2.

### Forfeiture

13. As a result of committing the offense alleged in this Information, the defendant, KELVIN LYLES, shall forfeit to the United States of America, under Title 18, United States Code, Sections 981(a)(l)(C) and Title 28, United States Code, Section 2461(c), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such offenses.

14. If, as a result of any act or omission of the defendant, KELVIN LYLES, any property subject to forfeiture: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty, the United States intends, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 981(b)(1) and 28 U.S.C. § 2461(c), to seek

forfeiture of any other property of the defendant up to the value of the forfeitable property.

JOHN A. HORN
  *United States Attorney*

/s/ Diane Schulman

DIANE SCHULMAN
  *Special Assistant United States Attorney*
Georgia Bar No. 497764

/s/ Samir Kaushal

SAMIR KAUSHAL
  *Assistant United States Attorney*
Georgia Bar No. 935285

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181